FORM TO BE USED BY <u>FEDERAL PRISONER</u> IN FILING A PETITION FOR WRIT OF HABEAS
CORPUS

UNDER 28 U.S.C. § 2241

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE *WE*STERN DISTRICT OF ARKANSAS

AUG 0 1 2008

CHRIS R. JOHNSON, CLERK

*CATHRYNNE W Kendrick*
          Petitioner

BY

DEPUTY CLERK

*CATHRYNNE W. Kendrick*
(Full name under which you were convicted: *ADC# 708204*
prison number; and full mailing address.) *MCPHERSON WOMENS UNIT*

Vs.

CIVIL ACTION NO. *5:08-5174*

*MICHAEL K. SCOTT - Fed the sentencing*
        Respondent    *OFFICER*

*JOHN D. MAPLES JR*
(Name of Warden or other authorized person
having custody of petitioner.)

PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT.
ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.

1.    This petition concerns: (Check appropriate blank.)

           a conviction

           a sentence   (CAUTION:      If you are attacking a sentence imposed under a federal
judgment, you must first file a direct motion under 28
U.S.C. § 2255 in the federal court which entered the
judgment.)

           jail or prison conditions

           prison discipline

           a parole problem
    *X*    other.      State briefly:

*TO REMOVE DETAINER (CASE CLOSED)*
*4/23/08 † 7ay FOR VIOLATION OF 1ST & 14TH AMEND*
*ACA-16-90-101-DETAINER ACT*

*B-Scott-42*

Place of detention: *MC OTHER FEDERAL WOMENS UNIT*

*302 CORNECTIONS Dr, MANSFIELD ARK 98112 -8008*

3. Have you filed previous petitions for habeas corpus, motions under 28:2255, or any other applications, petitions or motions with respect to this conviction?

☑ Yes      ☐ No

If your answer above is "Yes," give the following information:

a. Name of Court: *WESTERN DISTRICT of ARK*

b. Nature of Proceeding: *APPEAL FOR DETAIN IN 2005*

c. Grounds raised: 1) *7/0/04 WASHINGTON VAHCL, ARK 2 ATTACKS*
2) *7/2/04 BENTON CO VAHCL, ARK 6 ATTACKS*
3) *9/2/03 BARRY CO VMHCL, MO 4 CHECKS*
4) *1/2/05 LEFT STATE W/JUDGE PERMISSON*
5) *3/24/07 ADMITTEDLY WASHING TOMS MR SCOTT IS NOT MY POI AND NOT TALKING TO HIM*

d. Result: *P JUDGMENT*

e. Date of Result: *JUNE 23/2004*

f. Citation or number of any written opinion or order entered pursuant to each such disposition.
*05-5161*

*7/16/04 - DETAINER -BASED ON VIOLATION of PROBATION*

4. If you did not file a motion under Section 2255 of Title 28, U.S.C., or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

5. Are you presently represented by counsel?   ☐ Yes   ☒ No

If so, name, address and phone number of counsel:

2

*2-Scott-42*

6. Name and location of court which imposed sentence:

WESTERN DISTRICT COURT
35E. MOUNTAIN ST, rt 510
FAYETTEVILLE ARK 72701

7. Indictment or case number, if known: 5!08 - 5161

8. Offense or offenses for which sentence was imposed:

PROBATION VIOLATION of SUPERVISED Release

9. Date upon which sentence was imposed and the terms of the sentence:

JUNE 30/04  5 YRS PRISON  RUN CONSECUTIVE W/STATE 10 YRS

10. When was a finding of guilty made? (Check one.)    NEVER WENT TO COURT

[ ] After a plea of guilty

[ ] After a plea of not guilty

[X] After a plea of nolo contendere

11. If you were found guilty after a plea of not guilty, was that finding made by:

[X] A jury

[ ] A judge without a jury

12. Did you appeal from the judgment of conviction or the imposition of sentence?

[X] Yes        [ ] No

13. If you did appeal, give the following information for each appeal:

a. Name of Court: 8TH CIR COURT of APPEAL

b. Result: WAS TOLD IT WAS TO EARLY TO DECIDED NO COURT
WAS SET YET

c. Date of Result: 12/05

d. Citation or number of opinion: 05 - ?

e. Grounds raised: (List each one.)

1 - DID NOT HAVE NO CHECKS IN MY POSESSION

2 - DID HAVE PERMISSION BY THE FEDERAL JUDGE MEADER
ON 11/14/02 - TO TURN MY SELF IN TO IDAHO WITHIN 6 MO of
MY FEDERAL RELEASE 2/22/03 + 6 MO = 8/22/03 LEFT 9/12/03

3 - WOULD NOT ANSWER ANY QUESTON TO MK SCOTT (PROWARD)

3 — SCOTT — 42

Note: If you appealed more than once, attach an additional sheet of the same size and give all the information requested above in question No. 13, a through e.  Do not write on the reverse of pages.

14.   State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground.  If necessary, attach a single page behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a.   Ground one: *PER THE PETITIONER THE COURT – DENIED DUE PROCESS of THE DETAINER ACT ARTICLE III ACL 16-95 – 101 – STATE*

Supporting FACTS:   (Tell your story BRIEFLY without citing cases or law.  You are CAUTIONED that you must state facts, not conclusions, in support of your grounds.  A rule of thumb to follow is – who did exactly what to violate your rights at what time or place.)

A) *WHENEVER A PERSON HAS ENTERED UPON A TERM of IMPRISON-MENT. IN A PENAL OR CORRECTIONAL INSTITUTION of a PARTY STATE, AND A WHENEVER DURING THE CONTINUPTION @ NCE of THE TERM of IMPRISON-MENT THERE IS PENDING IN ANY OTHER PARTY STATE, ANY UNTRIED INDICTMENT, INFORMATION OR COMPLAINT of THE BASIS of WHICH A DETAINER HAS BEEN LODGED AGAINST THE PRISONER HE/SHE SHALL BE BROUGHT TO TRIAL WITHIN ONE HUNDRED EIGHTY (180) DAYS AFTER SHE/HE SHALL HAVE CAUSED TO BE DELIVERED TO THE PRO SECUTING ATTORNEY OFFICERS' JURISDICTION WRITTEN NOTICE of THE PLACE of HIS/HER IMPRISONMENT HAVE REQUEST FINAL DISPOSITION TO BE MADE*

b.   Ground two: *A HEARING BE HELD TO SHOW CAUSE, WHY SUPER-VISION SHOULD NOT BE REVOKED*

Supporting FACTS:   *A HEARING DATE NEVER TOOK PLACE BUT JUST THE SAME I WAS SENTENCE TO 4 YRS IN PRISON W/OUT GOING TO COURT VIOLATION of MY 14TH AMDT 1 / 5 AMDMT of MY DUE ACCESS TO REDRESS of GRIEVANCE*

c.   Ground three: *DENIED COURT HEARING TO PLEAD MY INNOCENCE TO REMOVE DETAINER & CLOSED CASE 4/28/08*

*4 SCOTT – 42*

SEE EVIDENCE ENCLOSE EXHIBIT (A-7) EVIDENCE)

Supporting FACTS: RECIEVED DETANER By POSTAL US MARSHALS ON 2/19/04 - HAVE REPORTED EACH MONTH FROM 8/3/04 TO 5/5/08

NEW THE LETTER of 4/23/08 - By MICHAEL E. SCOTT US.DEPT.PENTEN officer. -

[ PLEASE BE ADVISED THAT YOUR CASE HAS CLOSED & YOU ARE NO LONGER REQUIRED TO REPORT TO THIS office (SIGNATURE ALSO WROTE LETTER 4/24/08 TO JUDGE HENDRER NO RESPON ALSO RECIEVE CONFIRMATION DETANER STILON on 4/23/08

15.    RELIEF:    State briefly exactly what you want the court to do for you. Make no legal
arguments. Cite no cases or statutes.    16-90-902 & 16-90-905

1 - TO BE RELEASE FROM PRISON & EXPUNGED FROM MY RECORD
2 - DISCHARGE FROM PRISON UNDER ACA 16.112 -118 (b1. F)   SEALED WHERE THE PROCESS IS NOT AUTHORIZED BY ANY JUDGE MENT, UNDER DECRETE, OR BY ANY OTHER PROVISION OF LAW
3 - 18 USC3    MY 1ST AMEND TO REDRESS A GRIEVANCE  PENALTY $3,000.00 THOUSAND DOLLARS
4 - 18 USC3 14 AMENDMENT THE RIGHT TO DUE PROCESS of COURT PROCEEDING AFTER DETAINERS FILED (180 DAYS) DENIED COURT HEARLY $5,000.00 THOUSAND DOLLARS
5 - DETAIN STILON AFTER LAPSE (CLOSED 4/23/08 - ) $65.00 PER DAY FOR EACH DAY IT STAYS ON ME.

Signed this ___25___ day of ___July___ , 20 08
         Day                    Month              Year

x _____
       Signature of Petitioner

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __July 25/08__
                (Date)

x _____
    Signature of Petitioner

Notary
July 25, 2008

5-Scott-42

LINDA DYKES
COMMISSION #12361058
COUNTY OF JACKSON
NOTARY PUBLIC - ARKANSAS
MY COMMISSION EXP. 06/01/2017

MONEY ORDER DEPOSIT SLIP
ARKANSAS DEPT. OF CORRECTION
TRUST FUND CENTRALIZED BANKING

Mail money order and deposit slip to :
   ARKANSAS DEPARTMENT OF CORRECTION
   TRUST FUND CENTRALIZED BANKING
   P. O. BOX  8908
   PINE BLUFF, AR  71611

Make Money Order payable to name of Inmate and inmate's ADC number

Only Money Orders will be accepted
Deposit slip must be submitted with each money order

DO NOT mail money orders and deposit slips to any ADC institution
DO NOT send cash or any type of item, including letters, to the above address

Money Orders and Deposit Slips received with other items will be returned to sender, including
the money order

PROVIDE ALL REQUESTED INFORMATION
PRINT ALL REQUESTED INFORMATION

SENDER'S NAME      WESTERN DISTRICT COURT    5:08amit-

STREET ADDRESS     P.O. Box 1547

CITY, STATE, ZIP     FT. SMITH (AR)  72902 - 1547

ADC NUMBER
| 7 | 0 | 8 | 2 | 0 | 4 |

INMATE'S LAST NAME
| K | E | N | D | R | I | C | K | | | | | | |

INMATE'S FIRST NAME
| C | A | T | H | E | R | Y | N | N | E | | |          M.I.
| W |

MONEY ORDER NUMBER
| | | | | | | | | | | | | | | | | | | | |

AMOUNT OF MONEY ORDER  $
| | | | | | , | | | | |
   Dollars            Cents

AC1-476

0.6 - SCOTT-42

EXHIBIT D-1-6

CLOSED, R/R

# U. S. District Court
## Western District of Arkansas (Fayetteville)
## CRIMINAL DOCKET FOR CASE #: 5:02-cr-50009-JLH-BSJ-ALL
### Internal Use Only

Case title: USA v. Kendrick                           Date Filed: 05/01/2002
Magistrate judge case number: 5:02-mj-05012

Assigned to: Honorable Jimm Larry
Hendren
Referred to: Magistrate Beverly Stites
Jones

| **Defendant** | | |
|---|---|---|
| **Catherynne Whtyefawn Kendrick** (1) | represented by | **Catherynne Whtyefawn Kendrick** |
| | | 708204 |
| *TERMINATED: 11/15/2002* | | McPherson Unit |
| | | McPherson Unit |
| | | 302 Wackenhut Way |
| | | Newport, AR 72112 |
| | | PRO SE |
| | | |
| | | **George L. Lucas** |
| | | Federal Public Defender |
| | | P.O. Box 3686 |
| | | Fayetteville, AR 72701 |
| | | (479) 442-2306 |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Public Defender or* |
| | | *Community Defender Appointment* |

**Pending Counts**                                    **Disposition**

18:875(c) THREAT BY INTERSTATE           SENTENCED TO TEN MONTHS IN
COMMUNICATIONS                                    PRISON; 3 YEARS SUPERVISED
(1)                                                            RELEASE; $100.00 SPECIAL
                                                                 ASSESSMENT.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                 **Disposition**

None

7-Scott-42

## Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|
| 18 U.S.C., Section 875(c) INTERSTATE COMMUNICATIONS - THREATS [ 5:02-m -5012 ] | |

## Plaintiff

**USA**                           represented by **William Martin Cromwell**
U.S. Attorney's Office
414 Parker Avenue
Fort Smith, AR 72901
(479) 783-5125
Fax: (479) 441-0578
Email: Bill.Cromwell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/24/2002 | 1 | COMPLAINT; Magistrate Beverly S. Jones; adding atty for plaintiff USA: William Martin Cromwell [ 5:02-m -5012 ] (djm) (Entered: 04/24/2002) |
| 04/24/2002 | | ARREST Warrant issued for Catherynne Whtyefawn Kendrick by Magistrate Beverly S. Jones, bond set none, del to USM [ 5:02-m -5012 ] (djm) (Entered: 04/24/2002) |
| 04/24/2002 | | DEFENDANT Catherynne Whtyefawn Kendrick arrested [ 5:02-m -5012 ] (djm) (Entered: 04/24/2002) |
| 04/25/2002 | 2 | CLERK'S Minutes: initial appearance of Catherynne Whtyefawn Kendrick on criminal complaint; Attorney George L. Lucas present; , defendant waives probable cause; detention hearing set for 5/1/02 2:00 Fort Smith; defendant remanded to custody of USMS (djm) [ 5:02-m -5012 ] (sealed) Modified on 06/05/2002 (Entered: 04/25/2002) |
| 04/25/2002 | 3 | CJA Form 23 (Financial Affidavit) as to Catherynne Whtyefawn Kendrick (djm) [ 5:02-m -5012 ] (sealed) (Entered: 04/25/2002) |
| 04/25/2002 | 4 | ORDER by Magistrate Beverly S. Jones for appointment of George Lucas as counsel for Catherynne Whtyefawn Kendrick (cc: all counsel) (djm) [ 5:02-m -5012 ] (sealed) (Entered: 04/25/2002) |
| 04/25/2002 | 5 | ORDER by Magistrate Beverly S. Jones detaining as to Catherynne Whtyefawn Kendrick; defendant waives probable cause; detention hearing set for 5/1/02 2:00 in Fort Smith (cc: all counsel) (djm) [ 5:02-m |

| | | |
|---|---|---|
| | | -5012 ] (sealed) (Entered: 04/25/2002) |
| 04/25/2002 | | COURT RECORDING; Date of proceedings 4/25/02; C/R envelope # 4/25/02; Location Fort Smith; Maddox-ECRO (djm) [ 5:02-m -5012 ] (sealed) (Entered: 04/25/2002) |
| 04/29/2002 | 6 | ARREST Warrant returned executed as to Catherynne Whtyefawn Kendrick 4/24/02 [ 5:02-m -5012 ] (djm) (Entered: 04/29/2002) |
| 05/01/2002 | 7 | INDICTMENT by USA William Martin Cromwell. Counts filed against Catherynne Whtyefawn Kendrick (1) count(s) 1 (mfr) (Entered: 05/03/2002) |
| 05/01/2002 | | ARREST Warrant issued for Catherynne Whtyefawn Kendrick , returnable for arraignment set for 10:00 am 5/3/02 for Catherynne Whtyefawn Kendrick, del to USM (mfr) (Entered: 05/03/2002) |
| 05/01/2002 | 8 | CLERK'S Minutes: dft Catherynne Whtyefawn Kendrick arraigned; not guilty plea entered; Attorney George Lucas present; , jury trial set for 6/24/02 8:30; detention hearing held immediately following arraignment; court orders dft detained; dft remanded to custody of USMS (djm) (sealed) (Entered: 05/03/2002) |
| 05/01/2002 | 9 | CLERK'S Minutes: detention hearing held; court orders dft detained (djm) (sealed) (Entered: 05/03/2002) |
| 05/01/2002 | 10 | ORDER of Detention of Catherynne Whtyefawn Kendrick pending Trial by Magistrate Beverly S. Jones (djm) (sealed) (Entered: 05/03/2002) |
| 05/01/2002 | | COURT RECORDING; Date of proceedings 5/1/02; C/R envelope # 5/1/02; Location Fort Smith; Maddox-ECRO (djm) (sealed) (Entered: 05/03/2002) |
| 05/01/2002 | | DEFENDANT Catherynne Whtyefawn Kendrick arrested jn (sealed) (Entered: 05/03/2002) |
| 05/03/2002 | 11 | ARREST Warrant returned executed as to Catherynne Whtyefawn Kendrick 5/1/02 (sealed) (Entered: 05/03/2002) |
| 05/08/2002 | 12 | TRIAL Notice ; Jury Trial set for 8:30 6/24/02 for Catherynne Whtyefawn Kendrick (gg) (Entered: 05/08/2002) |
| 05/22/2002 | 13 | MOTION for disclosure of intention to rely on "similar act" evidence under 404(b) by defendant Catherynne Whtyefawn Kendrick (ct) (Entered: 05/22/2002) |
| 05/22/2002 | 14 | MOTION for discovery by defendant Catherynne Whtyefawn Kendrick (ct) (Entered: 05/22/2002) |
| 05/24/2002 | 15 | DISCOVERY ORDER by Honorable Jimm L. Hendren re defendant Catherynne Whtyefawn Kendrick advising counsel that discovery motions, other than motions for Bill of Particulars and motions to compel, do not require Court disposition; unless a motion to compel discovery is filed, the Court will act on the belief that no discovery dispute exists. (ref Doc 13 & 14) (cc: all counsel) (ct) (Entered: |

| | | |
|---|---|---|
| | | 05/24/2002 |
| 05/28/2002 | 16 | RESPONSE by plaintiff USA to motion for discovery [14-1] (ct) (Entered: 05/28/2002) |
| 05/28/2002 | 17 | MOTION for Production of Statements by plaintiff USA (ct) (Entered: 05/28/2002) |
| 05/28/2002 | 18 | MOTION for disclosure of evidence by plaintiff USA (ct) (Entered: 05/28/2002) |
| 06/13/2002 | 19 | SCHEDULING Notice jury trial canceled change of plea set for 6/24/02 at 8:30 am CD: gg (gg) (Entered: 06/13/2002) |
| 06/21/2002 | 20 | SCHEDULING Notice change of plea reset to 7/3/02 at 8:30 am CD: gg (gg) (Entered: 06/21/2002) |
| 07/03/2002 | 21 | CLERK'S Minutes: before Honorable Jimm L. Hendren guilty plea entered by Catherynne Whtyefawn Kendrick (1) count(s) 1 of indictment (gg) (Entered: 07/03/2002) |
| 07/03/2002 | 22 | PLEA Agreement as to Catherynne Whtyefawn Kendrick (gg) (Entered: 07/03/2002) |
| 07/03/2002 | | COURT RECORDING of plea of Kendrick; Date of proceedings 7/3/02; C/R envelope 02-51-DH; Location of tapes - Fayetteville (ct) (Entered: 07/03/2002) |
| 07/03/2002 | | Docket Modification (Utility Event) finding the gov's motion for Production of Statements [17-1] and the gov's motion for disclosure of evidence [18-1] moot; change of plea entered by Catherynne Whtyefawn Kendrick (jrs) (Entered: 09/10/2002) |
| 10/09/2002 | 23 | SCHEDULING Notice sentencing hearing set for 11/6/02 at 8:30 am CD: gg (gg) (Entered: 10/09/2002) |
| 11/07/2002 | 24 | SCHEDULING Notice sentencing hearing reset to 11/14/02 at 8:00 am CD: gg (gg) (Entered: 11/07/2002) |
| 11/08/2002 | | COURT RECORDING of sentencing for Kendrick; Date of proceedings 11/6/02; C/R envelope # 02-82-DH; Location of tapes - Fayetteville (ct) (Entered: 11/08/2002) |
| 11/14/2002 | 25 | CLERK'S Minutes: before Honorable Jimm L. Hendren sentencing hearing held , appeal packet provided as to Catherynne Whtyefawn Kendrick (gg) (Entered: 11/14/2002) |
| 11/14/2002 | 26 | PRESENTENCE Report and Addendum to Presentence Report on Catherynne Whtyefawn Kendrick (UNDER SEAL) (gg) (Entered: 11/14/2002) |
| 11/15/2002 | 27 | JUDGMENT and Commitment by Honorable Jimm L. Hendren issued to U.S. Marshal sentencing Catherynne Whtyefawn Kendrick (1) count(s) 1. SENTENCED TO TEN MONTHS IN PRISON; 3 YEARS SUPERVISED RELEASE; $100.00 SPECIAL ASSESSMENT. , case |

Western District of Arkansas - Docket Report · Case 1:08-cv-09154-JLH Document 1 <ifrestricted> Filed 08/01/08 Page 11 of 59
PageID #: 11

Page 5 of 6

| | | terminated (cc: counsel, USM, USP, USA, FD) (ct) (Entered: 11/15/2002) |
|---|---|---|
| 11/15/2002 | | COURT RECORDING of sentencing; Date of proceedings 11/14/02; C/R envelope # 02-85-DH; Location of tapes - FAyetteville (ct) (Entered: 11/15/2002) |
| 07/01/2004 | 28 | PROBATION PETITION/ORDER for action on supervised release re defendant Catherynne Whtyefawn Kendrick ( Honorable Jimm L. Hendren ) (gg) (Entered: 07/01/2004) |
| 07/01/2004 | | ARREST Warrant issued for Catherynne Whtyefawn Kendrick by Honorable Jimm L. Hendren, del to USM (gg) (Entered: 07/01/2004) |
| 09/15/2004 | 29 | MOTION pursuant to 28:2241 by defendant Catherynne Whtyefawn Kendrick (referred to Magistrate Beverly S. Jones ) (Civil Case 04-5240) (ct) Modified on 09/15/2004 (Entered: 09/15/2004) |
| 09/15/2004 | | Magistrate Notice/Consent Form furnished to parties. (ct) (Entered: 09/15/2004) |
| 09/30/2004 | 30 | ORDER by Magistrate Beverly S. Jones directing deft/movant to complete, sign, date and return the attached questionnaire by 10/29/04. (cc: all counsel) (ct) (Entered: 09/30/2004) |
| 10/25/2004 | 31 | AFFIDAVIT/ADDENDUM by defendant Catherynne Whtyefawn Kendrick to pursuant to 28:2255 [29-1] (cc: deft, US Atty & Magistrate) (ct) Modified on 10/25/2004 (Entered: 10/25/2004) |
| 11/08/2004 | 32 | REPORT AND RECOMMENDATION by Magistrate Beverly S. Jones recommending motion pursuant to 28:2255 be denied and dismissed[29-1] (cc: all counsel) (ct) (Entered: 11/08/2004) |
| 12/01/2004 | 33 | ORDER by Honorable Jimm L. Hendren adopting motion REPORT AND RECOMMENDATION that deft's 2241 habeas corpus action is denied and dismissed.[32-1] (cc: all counsel) (ct) (Entered: 12/01/2004) |
| 12/07/2004 | 34 | MOTION pursuant to 28:2241 by defendant Catherynne Whtyefawn Kendrick (referred to Magistrate Beverly S. Jones )(Civil Case No 04-5301) (ct) (Entered: 12/07/2004) |
| 12/07/2004 | | Magistrate Notice/Consent Form furnished to parties. (ct) (Entered: 12/07/2004) |
| 12/07/2004 | 35 | ORDER by Magistrate Beverly S. Jones directing clerk to file the notice of appeal and request to proceed ifp and granting deft's motion to proceed ifp. Notice of Appeal to be filed nunc pro tunc as of 11/23/04 (cc: all counsel) (ct) Modified on 12/27/2004 (Entered: 12/07/2004) |
| 12/07/2004 | 36 | NOTICE of Appeal to Circuit Court by defendant Catherynne Whtyefawn Kendrick. Appealing order dated 12/1/04. By direction of U.S. Magistrate Beverly S. Jones the Notice of Appeal is filed nunc pro tunc as of 11/23/04[33-1] [33-1] (cc: all counsel) (ct) (Entered: 12/07/2004) |

| 12/07/2004 | 37 | MOTION to proceed in forma pauperis by defendant Catherynne Whtyefawn Kendrick (ct) (Entered: 12/07/2004) |
|---|---|---|
| 12/15/2004 | 38 | ORDER by Honorable Jimm L. Hendren that there being no substantial showing of the denial of a constitutional right, hereby declines to issue a Certificate of appealability pursuant to 28: 2253 (cc: all counsel) (jn) (Entered: 12/16/2004) |
| 12/16/2004 | 39 | TRANSMITTAL LETTER to USCA (jn) (Entered: 12/16/2004) |
| 12/16/2004 |  | 2 COPIES OF NOTICE OF APPEAL, and certified clerk's docket entries, together with Order dated 12/1/04, R & R dated 11/8/04, Order dated 12/15/04 mailed to Clerk, USCA, St. Louis, MO (jn) (Entered: 12/16/2004) |
| 12/16/2004 |  | 1 vol original file mailed to Clerk, USCA, St. Louis, MO (jn) (Entered: 12/16/2004) |
| 12/16/2004 | 40 | TRANSMITTAL SHEET of file to USCA (cc: W. Cromwell, C. Kendrick) (jn) (Entered: 12/16/2004) |
| 12/27/2004 |  | Docket Modification (Utility Event) granting motion to proceed in forma pauperis by defendant Catherynne Whtyefawn Kendrick per order filed 12/7/04 [37-1] (ct) (Entered: 12/27/2004) |
| 01/26/2005 | 41 | REPORT AND RECOMMENDATION by Magistrate Beverly S. Jones recommending that motion 28:2255 filed 12/7/04 be dismissed w/o prej [34-1] (cc: all counsel) (ct) (Entered: 01/26/2005) |
| 01/27/2005 | 42 | SCHEDULING ORDER from USCA; Appellate Docket Number 05-1179 (jn) (Entered: 01/27/2005) |
| 02/17/2005 | 43 | ORDER by Honorable Jimm L. Hendren adopting motion REPORT AND RECOMMENDATION [41-1] dismissing w/o prej, case as to Catherynne Whtyefawn Kendrick (cc: all counsel) (ct) (Entered: 02/17/2005) |
| 01/04/2006 | 44 | OPINION of USCA (certified copy) as to Catherynne Whtyefawn Kendrick re [36] Notice of Appeal - Final Judgment, (jn) (Entered: 01/04/2006) |
| 01/04/2006 | 45 | JUDGMENT of USCA (certified copy) as to Catherynne Whtyefawn Kendrick re [36] Notice of Appeal - Final Judgment; Judgment affirmed. (jn) (Entered: 01/04/2006) |
| 01/17/2006 | 46 | 1 vol original file returned from U.S. Court of Appeals: as to Catherynne Whtyefawn Kendrick: [36] Notice of Appeal - Final Judgment (jn) (Entered: 01/17/2006) |

*CIU 5/03 -5161     Kendrick, Catherynne #708204     BKS#13*

*EXHIBIT B*

**U.S. Department of Justice**
United States Marshals Service



# DETAINER

## BASED ON VIOLATION C. PROBATION AND/OR SUPERVISED RELEASE

**UNITED STATES MARSHAL**

**EASTERN DISTRICT OF ARKANSAS**

**DATE RECEIVED**

**JUL 1 9 2004**

*Please type or print neatly:*

**TO:**   Arkansas Department of Corrections
Ronald McPherson Correctional Facility
Attn: Records Department
302 Wackenhut Way
P.O. Box 1058
Newport, AR 72112

**DATE:**  July 16, 2004      **McPHERSON RECORDS**

**SUBJECT:**  KENDRICK, CATHERYNNE W.

**AKA:**

**DOB/SSN:**  06/10/1964 W/F

**USMS #:**  ADC #708204

**CR #:**  02-50009-01

Please accept this Detainer against the above-named subject who is currently in your custody.  The United States District Court for the Western District of Arkansas has issued an **arrest warrant** charging the subject with **violation of the conditions of probation and/or supervised release.**

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary.  If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do **NOT** apply to this Detainer, which is based on a **Federal probation/supervised release violation warrant.**

Please acknowledge receipt of this Detainer.  In addition, please provide one copy of the Detainer to the subject and return one copy of the Detainer to this office in the enclosed self-addressed envelope.

*Bill... & ... PO          western Dist of US Marshals - Rachel*
*(50) 82-0913            (479)783-5245*
*(479) 442-9892          (479) 443-1671(FAX)*
*(479) 783-5761(FAX)*

Very truly yours,

*for* C. Carbonne

Ray E. Carnahan

*United States Marshal*

*Eastern Dist of Arkansas*
*445 USPO Courthouse*
*600 W Capital Ave*
*Little Rock, Ark 73201*

| RECEIPT |
|---|
| *Date:* 7-19-04 |
| *Signed:* Phline Coburn |
| *By:* Phline Coburn |
| *Title:* Acting Records Supv. |

*SCOTT-42*

Form USM-16d
Est. 11/98

*EXHIBIT C*

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF ARKANSAS
PRO SE OFFICE
35 E. Mountain, Suite 510
FAYETTEVILLE, ARKANSAS 72701

August 31, 2007

Ms. Catherynne W. Pryor-Kendrick
#708204
Arkansas Department of Correction
McPherson Prison
302 Wackenhut Way
Newport, AR  72112-8008

     Re:  United States v. Kendrick, CR. No. 02-50009-01

Dear Ms. Pryor-Kendrick:

You have asked for copies of a number of documents from the above mentioned criminal case.  As a matter of routine, after files are so old they are sent to the Federal Records Center and are no longer kept at the local clerk's file.  If you want copies of the documents you mention, the file will need to be retrieved from the records center.  There is a charge of $45 to retrieve a file from the records center.  There is also a charge of 50 cents per page for copies made.  If you want this file retrieved, simply write the clerk's office and enclose with your request the $45 retrieval fee.  Also identify for the clerk's office by docket number the documents you want copied.  Once the file is retrieved, the clerk's office can provide you an estimate of the cost of copying the documents you desire to have copies of.

                   Sincerely,

                   Sherry M. Gilbertson
                   Pro Se Law Clerk

cc:  U.S. Magistrate Marschewski (letter only)
     U.S. Clerk (letter only)

*MB-SCOTT-42*

Western District of Arkansas                                                        Page 1 of 2
Case 5:08-cv-05174-JLH   Document 16  <Restricted> Filed 08/01/08  Page 15 of 59
PageID #: 15

*Dec 1/9/08 - KISTH MOOD 03-16961*
*Rule 37*

## Motions

5:02-cr-50009-JLH-BSJ USA v. Kendrick **CASE CLOSED on 11/15/2002**
CLOSED


### U. S. District Court

### Western District of Arkansas

### Notice of Electronic Filing

The following transaction was entered on 1/8/2008 at 10:03 AM CST and filed on 1/8/2008
**Case Name:**        USA v. Kendrick
**Case Number:**      5:02-cr-50009
**Filer:**            Dft No. 1 - Catherynne Whtyefawn Kendrick
**Document Number:** 47

**Docket Text:**
**MOTION to waive retrieval and copy fees for criminal file to be retrieved from the record center by Catherynne Whtyefawn Kendrick. (Attachments: # (1) Exhibit 1 Letter from defendant, # (2) Exhibit 2 IFP form)(ct)**


**5:02-cr-50009-1 Notice has been electronically mailed to:**

W. M. Cromwell, AUSA Jane.Witten@usdoj.gov

**5:02-cr-50009-1 Notice has been delivered by other means to:**

Catherynne Whtyefawn Kendrick(Terminated)
708204
McPherson Unit
McPherson Unit
302 Wackenhut Way
Newport, AR 72112

George L. Lucas
Federal Public Defender
P.O. Box 3686
Fayetteville, AR 72701

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

To JUDGE J.L. HENDREN

CHIEF DISTRICT JUDGE                    EXIBTO D

US DISTRICT COURT

35 E. MOUNTAIN ST. RM 510

FAYETTEVILLE ALK 72701


DECEMBER 7TH, 2007


DEAR JUDGE J.L. HENDREN


    HELLO, I HOPE THIS LETTER FINDS      RE: 02 BR 50009-001
YOU & YOUR STAFF IN GOOD SPIRITS       FED RECORDS CENTER
THIS DEC/07                            FREEDOM OF INFORM.


    I HAVE ENCLOSE A MOTION TO RETRIEVE DOCUMENTS
ON A CLOSED CASE. 02 CR 50009-001


REASON IS; - THAT THESE DATE ARE NEED FOR
MY APPEAL ON JUDGE THOMAS J. KIETH 03 1656-1
APPEAL THAT JUDGE J.L. HENDREN STATED "4/4/02 I
WAS TO TURN MY SELF INTO ADA IN BOISE ID WITHIN
6 MO. OF MY FEDERAL RELEASE. D SHOW THE
BENTONCO PROSECUTING ATTORNEY
BENTON(Ω)   ST. PROBATION OFFICE
JUDGE KIETH & THE 8TH CIR COURT OF APPEAL
I DID NOT VIOLATE STATE PROBATION
    THIS IS A VERY VALUEABLE DOCUMENT I NEED
TO HAVE -
                    16 # SCOTT - 42
                    , 3 # - 24         EX 1

AND FOR MY OWN RECORD, I NEVER RECIEVED A COPY
OF THE US MARSHALLS WARRENT, NOR THE COMPLANT,
& THE COPY OF THE NCIC REPORT THAT I HAD A OUT
STANDING WARRENT FROM IDAHO SINCE 4/15/95

ALSO NEED THE LETTER FROM JUDGE HORTON THAT
COMMUNICATE W/ JUDGE JH. HENDREN ON 11/6/07 REGARDS
MY CASE.

ALL THESE FACTS ARE NEEDED FOR MY APPEAL
AT THIS TIME I AM INDIGENT TO PAY THE $45.00 PLUS
$5.00 PER PAGE TO RETRIEVE THESE DOCUMON
AND ASK THIS COURT TO PUT A LIEN (OR) AN ADDITIONAL
ASSESMONT FOR ME TO PAY WHEN RELEASE FROM STATE
CUSTODY TO PAY THESE FEES AT THAT TIME AS PART OF
MY PROBATION - ONDRA BILLIE DUNN SR

SEE MOTION ATTACHED

I LOOK FORWORD IN HEARING FROM YOU SOON
RESPECTFULLY YOUR'S

D. CATHERINE W. TAYLOR (KENDRICK) 708209
C/O MC PHERSON WOMENS UNIT
302 CORRECTIONS DR SC9109
NEWPORT ARK 72112-8008

17 #5 - Scott - 12
2 3 - 11 - 25

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT of ARKANSAS

KENDRICK, CATHERY NNE W #708764          DEFENDANT

                    CR 02- US DISTRICT COURT
                    WESTERN DISTRICT ARKANSAS
                              FILED
VS

UNITED STATES of AMERICA      **JAN 08 2008**          PLANTIFF

                    CHRIS R. JOHNSON, CLERK

                    BY
                           DEPUTY CLERK
            MOTION TO RETRIEVE DOCUMENTS

   FROM THE FEDERAL RECORDS CENTER

      PETITIONER PRYOR KENDRICK, T. CATHERY NNE W,

   REQUEST THAT THE DISTRICT COURT TO CONSIDER

   THAT PETITION HAVE THE RIGHT TO RETRIEVE

   CERTAIN DOCUMENT of HER FEDERAL CASE FROM 5 YRS

   AGO AT THEIR EXPENSE.

      1) THAT THE PETITIONER'S APPLICATION FOR RELIEF
         IS BROUGHT 5 YR AFTER THE IMPOSED SENTENCE
         OF NOV 14, 2002

      2) THAT THE THRUST of YOUR PETITIONER'S
         MOTION HEREIN IS A MOTION TO RETRIEVE
         DOCUMENTS FROM THE FEDERAL RECORDS CENTER

      3) THAT THIS MOTION IS (NOT) BROUGHT FOR DELAY AND
         THAT YOUR PETITIONER BELIEVES HER SELF ENTITLED TO
         A RETRIEVAL of DOCUMENTS FOR MERITORIOUS CAUSE,
         FOR THE FOLLOWING REASONS:

         A) THAT THESE DATES ARE NEEDED FOR MY

                18   Scott 42

APPEAL ON JUDGE THOMAS M. KIETH 03-1696-1 APPEAL.
THAT JUDGE JIMM L. HENDREN ORDERED NOV 14TH, 2002, I
WAS TO TURN MY SELF INTO ADA CO - BOISE, IDAHO WITHIN
6 MONTHS OF MY FEDERAL RELEASE TO JUDGE JOEL HORTON
OF THE SUPREME COURT OF IDAHO

B) TO SHOW THE BENTON CO PROSECUTING ATTORNEY, THE
ORDER OF NOV 14TH, 2002.

C) TO SHOW THE 8TH CIL COURT OF APPEAL.

D) I DID (NOT) VIOLATE STATE PROBATION. THIS IS A VERY
VALUE ABLE DOCUMENT, I NEED TO HAVE

E) AND FOR MY OWN RECORD, I NEVER RECIEVED A COPY
OF THIS ORDER OF 11/14/02

F) NEVER RECIEVE A COPY OF THE US MARSHAL WARRANT
RENT THAT WAS SUPPOSELY SERVED OF ME 4/22/62

G) THE USA - COMPLAINT &

H) THE COPY OF THE NCIC REPORT, THAT I HAD AN
OUT STANDING WARRANT FROM BOISE (ADA CO) IDAHO
SINCE 4/15/1995.

I) ALSO NEED COPY OF SAID LETTER JUDGE HORTON
THAT COMMICATION W/ JUDGE JL HENDREN ON 11/6/02
REGARDING MY CASE

J) ALL THESE FACTS ARE NEED FOR MY APPEAL AT
THIS TIME, I AM INDIGENT TO PAY THE $45.00 FEE AND
50¢ PER PAGE TO RETRIEVE THESE DOCUMENTS, I ASK THE COURT
TO PUT A LIEN (OR) AN ADDITIONAL ASSESMENT FOR ME TO PAY,
WHEN RELEASE FROM STATE CUSTODY. TO PAY THESE FEES AT THAT
TIME AS PART OF MY FEDERAL PRO BATION - UNDER BILL E. DUNNJE

THE FOLLOWING DOCUMENTS ARE NEED:

19 - SCOTT

| FILED DATE | ITEM # | DOCKET TEXT |
|---|---|---|
| 4/24/02 | #1 | COMPLAINT: MAG. BS/TBS-JONES, ADDING ATTORNEY PLAINTIFF USA - WM M. CROSS WEEK [5:02 M-5012) |
| 4/24/02 | | ARREST WARRANT ISSUED FOR CATHERYNE W KENDRICK BY JUDGE BS JONES - BOND SET NONE, DEL TO USM |
| 4/24/02 | | DEFENDANT CATHERYNE W. KENDRICK ARRESTED |
| 4/25/02 | #3 | CLERKS MINUTES: INITIAL APPEARANCE OF CW KENDRICK ON CRIMINAL COMPLAINT. ATTORNEY GEORGE L. LUCAS AS DEFENCE WAIVER PROBABLE CAUSE, DETENTION HEARING SET 5/1/02 C/40 HRS FT SMITH, DEFENDANT REMANDED TO CUSTODY OF USMS |
| 4/29 | #6 | ARREST WARRANT RETURNED EXECUTED AS TO CATHERYNE W. KENDRICK |
| 5/1 | #7 | INDICTMENT BY USD WM MARTIN CROM WEEK COUNTS FILED AGAINST CATHERYNE W KENDRICK AND 5/2/02 |
| 5/1 | #9 | CLERKS MINUTES: DETENTION HEARING HELD, COURT ORDER DRAFT DETAINED |
| 5/22 | 13 | MOTION FOR DISCLOSURE OF INTENTION TO RELY ON SIMILAR ACT EVIDENCE UNDER 404(b) |
| 5/24 | #15 | DISCOVERY ORDER BY JL HENDRON |
| 5/28 | #17 | MOTION FOR PRODUCTION OF STATEMENT |
| 5/28 | #18 | MOTION FOR DISCLOSURE OF EVIDENCE |
| 7/3 | 21 | CLERKS MINUTES - BEFORE JUDGE JL HENDRON |
| 10/9 | 23 | SCHEDULING NOTICE OF HEARING SET 11/6/02 |
| 11/7 | 24 | SCHEDULING NOTICE OF SENTENCE HEARING SET FOR 11/14/02 |

SCOTT ~42
20        3 # 28
3

| DATE FILED | ITEM # | DOCKET TEXT |
|---|---|---|
| 11/14/02 | #25 | CLERKS MINUTES Befr Judg JL HENDREN sentencing Hearing Held - appeal pack [illegible] |
| 11/14/02 | #26 | PRE-SENTENCE REPORT & ADDENDUM TO PRE SENTENCE REPORT on [illegible]DRICK |
| 11/15 | #27 | JUDGE MONT & commitment of JL HENDREN iss ue TO US MARSHALL sentencing cerk TERMNITES [illegible] (COUNSEL USM, USP, USA E/F DJ) |
| 11/15/02 | | court recording of sentencing Date of pro[illegible] 11/14/02 C/R [illegible]02-85-DH, LOCATION of TAPES FAYETTEVILLE |
| 7/1/04 | 28 | PRO BATION PETTION jurdon for action on [illegible] RELEASE RE DEFENDENT |
| 7/1/04 | | ARREST WARRANT ISSUES clerk - Del TO US MAN |
| 1/4/04 | 44 | OPINION of USCA certificate copy - notice of [illegible] 05-1179  FINAL JUDGEMENT |
| 1/4/04 | 45 | JUDGEMENT of USCA - FINAL JUDGMENT [illegible] |
| 1/2/04 | 48 | [illegible] full returned per US court of appeal (36) notice of appeal final judgment |

WHERE FORE PETITIONER PRAYS THE COURT WILL [illegible] THIS PETITION & GO TO ADD TO SPECIAL ASS[illegible] FEE OZ As PROBATION RESTITUTION - WHEN RELEASED [illegible] STATE CUSTODY

Respectfully yours
Theresa [illegible] w/Pryor (Kendrick) # [illegible]
[illegible]
300 correction Dr [illegible]
N[illegible] A[illegible] 72112-[illegible]

[illegible] SCOTT [illegible]

ORIGINAL
EXHIBIT
NR 11/20/07

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### U.S. Probation / Pretrial Services

**Myron L. Smith**
Chief U.S. Probation Officer

Federal Building and U. S. Courthouse
35 East Mountain, Room 319
Fayetteville, Arkansas 72701
501-442-9892
Fax -501-442-5276

April 6, 2003

Ms. Cathy W. Kendrick
24132 W. Hy. 12
Gentry, AR. 72734

      **RE:   U.S. vs. Kendrick**
            **Docket No.   5:02CR50009-001**

Dear Ms. Kendrick:

      Enclosed is your copy of the Conditions of Supervised Release which were made in your case on November 14, 2002.

      During your period of supervision, you are to submit a written monthly report for your previous monthly activities. These reports must be filled out **completely** with a copy of your proof of earnings attached. If a section does not apply to your case, please indicate that with N\A . These reports must be received in this office **no later than the 5th of each month.** Delinquent reports will not be tolerated and will be considered a violation of probation and court action could be taken to correct the problem.

      The enclosed District Map reflects the boundaries of the Western District of Arkansas. You have a special condition of your supervision to pay a fine to the **Clerk of Court** in the sum of $100.00. The court has allowed you to make payments and you have a $50 balance as of this writing. You have a special condition that may require treatment for mental health if necessary. This will be determined during your term of supervision.

      I will serve as your supervising officer during your period of supervision. I hope things are going well for you and should you need to get in touch with me, please do not hesitate to call me at (501) 442-9892.

                             Sincerely,

                             William E. Dunn Jr.
                             U.S. Probation Officer

Enclosures

EXIBIT F-1 *(handwritten)*

# United States District Court
### for the
### Western District of Arkansas
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Catherynne Whtyefawn Kendrick      Case Number: 5:02CR50009-001

Name of Sentencing Judicial Officer:     Honorable Jimm Larry Hendren, Chief U.S. District Judge

Date of Original Sentence:     November 14, 2002

Original Offense:    Threat by Interstate Communications

Original Sentence:    10 months BOP, 3 years TSR, $100 SPA

Type of Supervision:    Supervised Release     Date Supervision Commenced:     March 19, 2003

Asst. U.S. Attorney:     William M. Cromwell    Defense Attorney:     George L. Lucas

---

## PETITIONING THE COURT

[X]     To issue a warrant
[ ]      To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| New Law Violation | On May 7, 2004, the defendant pled guilty to Violation of the Arkansas Hot Check Law in Washington County Circuit Court, Fayetteville, Arkansas. |
| New Law Violation | On May 12, 2004, the defendant pled guilty to Violation of the Arkansas Hot Check Law in Benton County Circuit Court, Bentonville, Arkansas. |
| New Law Violation | The defendant has an active warrant for her arrest out of Barry County, Missouri for passing bad checks, a class D felony. |
| Standard Condition #1 | On or about September 12, 2003, the defendant left the judicial district without the permission of the Court or probation officer. |
| Standard Condition #3 | On March 24, 2004, the defendant admitted that she failed to answer truthfully all inquiries by the probation officer. |

*(handwritten) — ROBERT SCOTT (THE COWARD) NOT My PRO BATION OFFICE THE PRESENBLING OFFICER*

*(handwritten at bottom) 23 ##-SCOTT 112 9-10WE DUNN SR*

Petition for Warrant or Summons
for Offender Under Supervision

Name of Offender: Catherynne Whtyefawn Kendrick          Case Number: 5:02CR50009-001

U.S. Probation Officer Recommendation:

The term of supervision should be:

    [ ]    Revoked
    [ ]    Extended for  year(s), for a total term of  years.
    [X]    A hearing be held to show cause why supervision should not be revoked.

[ ]    The conditions of supervision should be modified as follows:

Respectfully submitted,

by    *Michael K. Scott*

Michael K. Scott *(NOT MY PROBATION OFFICER)*
U.S. Probation Officer
Date: June 23, 2004

---

THE COURT ORDERS

[ ]    No Action
[V]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

*June 30, 2004*
Date

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 0 1 2004

CHRIS R. JOHNSON, CLERK
BY *Paul Tanner*
DEPUTY CLERK

24  SCOTT-42
10-10 WE DUNN SR

AO 245B   Rev. 3/01) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page ___3___ of ___6___

DEFENDANT:        CATHERYNNE WHTYEFAWN KENDRICK
CASE NUMBER:      5:02CR50009-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term ___three (3) years___.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

X  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 3/01) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Judgment—Page ___4___ of ___6___

DEFENDANT:          CATHERYNNE WHTYEFAWN KENDRICK
CASE NUMBER:        5:02CR50009-001

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in any treatment referral, which may include testing, deemed appropriate by the probation officer for mental health treatment.

Judgment — Page ___6___ of ___6___

DEFENDANT:    CATHERYNNE WHTYEFAWN KENDRICK
CASE NUMBER:    5:02CR50009-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A**   ☐   Lump sum payment of $ _____ due immediately, balance due

     ☐ not later than _____ , or
     ☐ in accordance with ☐ C, ☐ D, or ☐ E below; or

**B**   X   Payment to begin immediately (may be combined with ☐ C, ☐ D, or X E below); or

**C**   ☐   Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**   ☐   Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**   X   Special instructions regarding the payment of criminal monetary penalties:

     Payment of the special assessment is owing immediately and due during incarceration in amounts of not less than $25 quarterly or 10% of the defendant's quarterly income, whichever is greater. During supervised release, payments shall be made in monthly installment amounts of not less than $25.00 or 10% of the defendant's net monthly household income, whichever is greater, with the entire balance to be paid in full one month prior to the termination of supervised release.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

     Defendant Name, Case Number, and Joint and Several Amount:

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
P. O. BOX 1547
FORT SMITH, ARKANSAS 72902
(479) 783-6833  FAX (479) 783-6308

**CHRISTOPHER R. JOHNSON**
CLERK

P. O. Box 1566
EL DORADO, ARKANSAS 71730

P. O. BOX 2746
TEXARKANA, ARKANSAS 75504

350 *illegible*
FAYETTEVILLE, ARKANSAS 72701

P. O. Box 6404
HOT SPRINGS, ARKANSAS 71902

July 3, 2007

Theresa Catherynne Kendrick # 708204
c/o McPherson Prison
302 Wackenhut Way Segment 109
Newport, AR  72112-8008

RE:    USA v. Catherynne Kendrick
       Criminal Case No. 5:02CR50009-001

Dear Ms. Kendrick:

Your June 23, 2007 letter to Sherry Gilbertson was forwarded to my office.  It is unclear from your letter exactly who had written to you and what you are asking for, but I am enclosing a copy of your payment history in the above referenced case.  Our records show that you paid the $100.00 assessment in full.

As far as the other statements in your letter, again, it is unclear what you are asking for.  The Clerk's Office is only responsible for receipting and reporting criminal debt payments.  We are not involved in any district mapping.  If you need any further information concerning the payment of your criminal debts, please do not hesitate to contact me.

CHRISTOPHER R. JOHNSON
CLERK OF THE COURT

by: *Sandy Sullivan*
    Sandy Sullivan
Assistant Financial Administrator

cc: Sherry Gilbertson
    Law Clerk

287-SCOTT-42

7-10 WE DUNN SR

UNITED STATES DISTRICT COURT
**STATEMENT OF ACCOUNT**
Western District of Arkansas

ORIGINAL

KENDRICK, CATHERYNNE WHTYEFAWN
24132 West Highway 12
Gentry, AR 72734

Case No. 5:02CR50009-001
Date of Judgment: 11/15/2002

| | Original Balance | Payment Activity | Balance |
|---|---|---|---|
| Special Assessment | 100.00 | | 100.00 |
| BOP 02/11/03 | | $25.00 | 75.00 |
| FA 60874 03/28/03 | | $25.00 | 50.00 |
| FA 63567 09/03/03 | | $40.00 | 10.00 |
| FA 67371    12/27/04 | | 10.00 | 0.00 |

No Restitution

No Fine

kendrick catheryne                        29BSCOTT 42                7/3/2007

8 - 10 WE DUNNSR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### U.S. Probation / Pretrial Services

**Myron L. Smith**
Chief U.S. Probation Officer

Federal Building and U. S. Courthouse
35 East Mountain, Room 319
Fayetteville, Arkansas 72701
479-442-9892
Fax -479-442-5276

April 23, 2008

*rec 4/24/08*

Arkansas Department of Corrections
McPherson Unit
Attn: Ms. Catherynne Whtyefawn Kendrick, #708204
302 Corrections Drive
Newport, AR 72112

Dear Ms. Kendrick:

Please be advised that your case has closed and you are no longer required to report to this office.

Sincerely,

Michael K. Scott
U.S. Probation Officer

cc: file

**UNITED STATES DISTRICT COURT**
**U.S. PROBATION OFFICE**
319 JOHN PAUL HAMMERSCHMIDT BLDG.
35 EAST MOUNTAIN STREET *20319*
FAYETTEVILLE, ARKANSAS 72701-6051

OFFICIAL BUSINESS

*US Mon Sentl Western District
Detainer To Be Removed
Case Closed 4/24/08*

*30-Scott-42
3-7*

To Judge Jimm d. Hendren

Chief District Judge

Western District Court House

319 J.P. Hammerschmidt Bldg

35 E. Mountain St. Rm 319

Fayetteville, Ark 72701

April 24th/2008

Dear Judge J.D. Hendren

Hello, I Hope This Letter   Re: Per Letter - case

Finds you & your Staff in        Close? O2:50009-001

good Spirits This April /08

I'm Up Set & Confused. Judge

I recieved This letter Today From Mike Scott

The Pre-Sentencing officer Stating This

"Please Be Advised your Case Has closed,

& you Are No Longer Required To Report To This

office"

1- I Have This Petitioning The Court - For A

Warrant

2- A Hearing To Be Held To Show Cause, Why

Super Vision Should Not Be Revoked.

3- Scott 4%-7    over

1of 2 app

3) DETAINER - "STATING 2ND LINE A COMPLETE WARRANT
CHANGING THE SUBJECT w/ VIOLATION of the CONDITIONS
FOR THE WESTERN DISTRICT PRO BATION/SUPERVISED RELEASE

1) JUDGE HOW CAN MY CASE BE CLOSED, WHEN
I HAVE NOT HAD A HEARING IN FRONT OF YOU?

2) HOW CAN THIS MAN STATE THIS, AND PER THE
NCIC THERE IS STILL A FED. DETAINER ON ME?

3) I REFER ONLY TO BILL E. DUNN JR ONLY NO BODY ELSE
AND THIS FED HOLD IS MY ONLY SALVATION I HAVE ON
THIS STATE OFFICALS FOR THEIR WRONG DOING AGAINST
ME & FRANCIS R. PERRY MILLER BOTH ARE FED. PRISON!

4) IN MY WRIT of HABEAS CORPUS 18 USC § 2241 -
I'VE ASKED THE MY FED. PROB. BE RE-INSTATED
WITH A SPECIAL REQUEST IN THE WRIT (P 13)
WHICH YOU WILL BE RECIEVING NEXT WEEK WITH ALL THE
EVIDENCE THAT I'M NOT GUILTY of MY STATE CHARGES.

A LOOK FORWARD TO HEARING FROM YOU IN THE NEXT
TO 10 DAYS RECIEPT of THIS LETTER.

Sincerely Yours

Theresa Cathynne WPryor (Kendred) #70824
Fonic Johnson Womens Unit
302 Corrections Dr Bld III
New Port, Ark 72701
322 Unit 2          7-7

CB.02-50009-001
FED U.S. MARSH.
800-4
EXHIBIT K

STATE OF ARKANSAS )
) §
COUNTY OF Jackson )

## AFFIDAVIT

I, KENDRICK, CATHERYNNE, after first being duly sworn, do hereby swear, depose
and state that: UNDER THE ACA CODE VIOLATION PRISONER ENTITLED
TO A COPY of COMMITMENT & JUDGEMENT ORDER OR
FORFEIT $350.00. TO THE PRISONER. UNDER THE ARKANSAS
CRIMINAL LAW PURSUANT of UNITED STATES VS KENDRICK CW
B.B # 02-50009-0001. THAT UNDER ARK. CODE ANN §§ 25-19-101
et seq. FREEDOM of INFORMATION of ALL TRANSACTIONS ACT due
TO BEING (PRO SE). I AM INDIGENT UNDER NO NAME of
SEE VERIFICATION STREET, FOR THE FOLLOWING.
THIS AFFADAVIT FOR MY ARREST ON April 22, 2008
PEN ORDER BY MAGISTRATE JUDGE Beverly STITES JONES

I further swear that the statements, matters and things contained herein are true and accurate to
the best of my knowledge, information and belief.

June 24  2008
DATE

Catherynne W Kendrick
AFFIANT

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  DOB 4/14/64
SOCIAL SECURITY #

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 24 day of
June , 20 08.

Kim Wcg
NOTARY PUBLIC

My Commission Expires  6/1/2017

KIM WAGNER
COMMISSION #12361060
COUNTY OF JACKSON
NOTARY PUBLIC - ARKANSAS
MY COMMISSION EXP. 06/01/2017

33-SCOTT-4RM

# Inmate Request Form
## Newport Complex

This form is to be used by inmates in contacting staff with requests on issues. This step should be used before filing a grievance and staff should be given 5 working days to respond.

| Name: KENDRICK, C.W | ADC Number: 708204 | Date: 6/28/08 |
|---|---|---|
| Housing Assignment: 9-B 114 | Job Assignment: Dun 150 | |
| To (Staff Member): MRS SODEM | Office: RECORDS | |

I have a request concerning the following area (circle one).

| | | | | |
|---|---|---|---|---|
| Classification | Parole | Visitation | Medical | Telephones |
| Property | Mail | Law Library | Commissary | General Library |
| Job Assignment | (Staff) | Mental Health | Personal Hygiene | Other_____ |

Detailed Reason for Request. NEED COPY OF MY NCIC RECORD

I WAS TAKEN OFF FED. PRO BATION AS OF 4/23/08 BY MIKE SCOTT FED PRO. OFFICER

THIS U.S. MARSHALL DETAINER SHOULD ALSO HAVE BEEN RE MOVED BY NOW ITS BEEN 2 1/2 MONTHS PLEASE CHECK

Have you talked to any staff member about this request? Yes ✓ No_____ If so, Whom?
Staff member(s) contacted: Larry NORRIS Date: 5/2/08

SGT CLAYTER PRISON FED P.O.
PRO B. PLEASE Return Letter.

_____Kendrick_____ (Inmate's Signature)   6/25/08 (Date)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Staff Member Responding: | Date: 6-27-08 |
|---|---|

I have reviewed your request and my findings is as follows: I am not allowed to provide you with a copy of your NCIC record.

I have not received anything from the US Marshalls requesting that the Detainer be Removed. In order to remove it we would need them to mail us directly a letter with your case number and request to have the detainer removed.
* We are not able to remove it from the copy you provided.

_____M. Soden_____
Staff Signature

I consider this issue: Resolved_____   Not Resolved: _____
I am referring this request to: _____38-SCOTT-42_____
                                        4-8

*AO 240  (Rev. 9/96)

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF ARKANSAS
### FT SMITH, ARK

Plaintiff
KEND RICK, CATHRAYANNE
39114
v.

FED PRO. OFFICE Mikel. Scott.
Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER 5 08 CR

I, KENDRICK COTHRAYNNE W _____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant          [ ] other 708 204

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          [X] Yes          [ ] No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  M CPHERSON WOMENS UNT

    Are you employed at the institution?  _NO_  Do you receive any payment from the institution?  _NO_

    [X] Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?          [ ] Yes          [X] No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 9/12/03 GMD MFTG PROV 2 REQURS 18 18 40#/MO 8 GREL BURZY GMT GALLERY A MORE, PALMER, MO 83640(whot)

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | [ ] Yes | [X] No |
    | b. | Rent payments, interest or dividends | [ ] Yes | [ ] No |
    | c. | Pensions, annuities or life insurance payments | [ ] Yes | [ ] No |
    | d. | Disability or worker's compensation payments | [ ] Yes | [ ] No |
    | e. | Gifts or inheritances | [X] Yes | [ ] No |
    | f. | Any other sources | [ ] Yes | [X] No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

    12/12 @ 4/12 86.00 X. MRS GIFT BY MO

    6 MO LEDGER 1/14/08 TO 7/14/08

    35 SCOTT 42

4. Do you have **any** cash or checking or savings accounts?        ☐ Yes        ☒ No

   If "Yes," state the total amount _____

5. Do you own ~~any real estate,~~ stocks, bonds, securities, other financial instruments, automobiles or any other
   thing of value?        ☒ Yes        ☐ No

   If "Yes," describe the property and state its value.

   6.14 acres in (Benton co) pur 4/23/03 $28,000⁰⁰
   1979 windson 14x65 mobile home 1/12/02 mntly to 9/3/03 $5250⁰⁰

6. List the persons who are dependent on you for support, state your relationship to each person and indicate
   how much you contribute to their support.

   Lyle L. Cravourth    son 4/3 $275/mo
   Roy Y Kendrick      son 4/s $146/mo
   Jerry T. Kendrick son 4/s $146/mo

I declare under penalty of perjury that the above information is true and correct.

_July_    _Lee Cathryne W Kendrick_    # 70802y
    Date                          Signature of Applicant

NOTICE TO PRISONER:  A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets.  In
addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts,
expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts,
perhaps because you have been in multiple institutions, attach one certified statement of each account.

35 SCOTT-4ᒿ

## CALCULATION OF INITIAL PAYMENT
## OF FILING FEE

PLAINTIFF: _Kendrick Ostrey nae_     ADC Number: _708204_

Total Deposits for preceding six (6) months
Multiply by 20%     $ _— 0 —_ x 20%

Initial Partial Filing Fee     $ _____

Current Trust Account Balance     $ _— 0 —_

AUTHORIZATION:

_McPherson_     _Dina Cooper_     _7-14-08_
Unit Location     Agency Official     Date of Approval

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

IN THE _Magistrate_ COURT OF _Sebastian_ COUNTY, ARKANSAS:

_Kendrick, Ostrey nae w_     PLAINTIFF

V.     CASE NO: _5:08 ca_

_Michael K. Scott fed pro off!_
Fpy fed pro bo. offa-
U S of Americas     DEFENDANT

### ORDER SETTING INITIAL
### PARTIAL FILING FEE

Now on this day is presented the pleading of the plaintiff, and the Court, having determined that the plaintiff is not indigent, the Court now, in accordance with Act 340 of 1997, hereby find that the plaintiff is required to pay the statutory filing fee of $140 for bringing this action, the Court assesses and sets an initial partial filing fee of $_____.

Upon receipt of payment of the above set initial partial filing fee, the Clerk of this Court is authorized and directed to receive for filing plaintiff's pleading.

After payment of the initial partial filing fee, plaintiff will be obligated to pay the balance of the statutory filing fee of $140 by making payment of all funds credited to plaintiff's prison trust account each time the amount in the trust account exceeds $10 until the statutory filing fee of $140 is paid in full.

The director of the Arkansas Department of Correction or his designee shall collect plaintiff's funds as directed herein and forward the same to the Clark of this Court until said statutory filing fee is paid in full.

The Clerk is directed to send an executed copy of this order to the Administrative offices of record of the Arkansas Department of Correction and the Unit Location of the plaintiff as noted herein above.

IT IS SO ORDERED THIS _____ DAY OF _____, 20 _08_

Judge _____

_38-Scott-42_

Trust Fund Resident Activity
7/15/2008 10:51 AM

Arkansas Department of Correction
Resident Id: 708204
From: 2/15/2008
To: 7/15/2008

Trust Fund Resident Activity
1 of 5

# Trust Fund Resident Activity

| Resident Id | Personal Id | Last Name | First Name | Class | Unit | Building | Pod | Bed |
|---|---|---|---|---|---|---|---|---|
| 708204 | 708204 | Kendrick | Catherynne | General Po... | McPherson | P02 | MADS | 114B |

| Beginning Balance | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ($296.43) |

| Task No. | Date | Task | Check ... | Comment | Amount |
|---|---|---|---|---|---|
| 4214407 | 2/15/2008 9:24:17 AM | Sale | | | $0.00 |
| 4214700 | 2/15/2008 10:11:57 AM | Sale | | | $0.00 |
| 4228759 | 2/21/2008 1:00:58 PM | Automated Payment | | ID Card Replacement | ($1.00) |
| 4228761 | 2/21/2008 1:01:36 PM | Automated Payment | | Reversed Task No. 4228759 | $1.00 |
| 4228764 | 2/21/2008 1:02:00 PM | Automated Payment | | Legal Postage | ($0.17) |
| 4229767 | 2/21/2008 3:45:10 PM | Automated Payment | | Legal Copies - C Kendrick # ... | ($0.65) |
| 4229800 | 2/21/2008 3:49:34 PM | Automated Payment | | Legal Postage - C Kendrick # ... | ($4.60) |
| 4231671 | 2/22/2008 9:49:13 AM | Sale | | | $0.00 |
| 4231806 | 2/22/2008 10:14:22 AM | Sale | | | $0.00 |
| 4248925 | 2/28/2008 11:28:08 AM | Sale | | | $0.00 |
| 4250760 | 2/29/2008 3:30:37 AM | Automated Payment | | Feb 28, 2008 | ($3.00) |
| 4259852 | 3/4/2008 1:59:12 PM | Automated Payment | | Legal Postage | ($1.31) |
| 4259866 | 3/4/2008 2:00:17 PM | Automated Payment | | Legal Postage | ($12.73) |
| 4259868 | 3/4/2008 2:00:37 PM | Automated Payment | | Legal Postage | ($1.48) |
| 4270734 | 3/7/2008 9:35:56 AM | Sale | | | $0.00 |
| 4279600 | 3/11/2008 10:47:26 AM | Automated Payment | | Legal Copies | ($1.50) |
| 4279714 | 3/11/2008 11:02:45 AM | Automated Payment | | Legal Postage | ($5.05) |
| 4279793 | 3/11/2008 11:14:13 AM | Automated Payment | | Legal Postage | ($11.65) |
| 4279802 | 3/11/2008 11:14:56 AM | Automated Payment | | Legal Postage | ($14.45) |
| 4291379 | 3/14/2008 9:41:29 AM | Sale | | | $0.00 |
| 4291490 | 3/14/2008 9:58:29 AM | Sale | | | $0.00 |
| 4295751 | 3/17/2008 1:17:16 PM | Automated Payment | | Legal Copies - C Kendrick # ... | ($1.55) |
| 4295758 | 3/17/2008 1:17:46 PM | Automated Payment | | Legal Postage - C Kendrick # ... | ($22.58) |
| 4311634 | 3/21/2008 10:09:48 AM | Sale | | | $0.00 |
| 4311874 | 3/21/2008 10:58:24 AM | Sale | | | $0.00 |
| 4315667 | 3/24/2008 12:17:51 PM | Automated Payment | | Legal Postage/ Catherynne K... | ($2.96) |
| 4330766 | 3/28/2008 9:11:15 AM | Sale | | | $0.00 |
| 4330987 | 3/28/2008 9:39:06 AM | Sale | | | $0.00 |
| 4347555 | 4/4/2008 3:30:25 AM | Automated Payment | | Apr 03, 2008 | ($3.00) |
| 4348589 | 4/4/2008 10:17:39 AM | Sale | | | $0.00 |
| 4352707 | 4/7/2008 11:51:25 AM | Automated Payment | | Legal Postage/Catherynne Ke... | ($11.40) |
| 4363057 | 4/9/2008 1:54:24 PM | Automated Payment | | Legal Postage - C Kendrick # ... | ($1.14) |
| 4363069 | 4/9/2008 1:56:01 PM | Automated Payment | | Legal Postage - C Kendrick # ... | ($11.53) |

| | | | | | |
|---|---|---|---|---|---|
| ↻ | 4368029 | 4/11/2008 3:30:07 AM | Automated Payment | Apr 10, 2008 | ($3.00) |
| + | 4368983 | 4/11/2008 10:31:56 AM | Sale | | $0.00 |
| + | 4382695 | 4/16/2008 3:05:45 PM | Automated Payment | Legal Copies - C. Kendrick #... | ($0.25) |
| + | 4382700 | 4/16/2008 3:06:21 PM | Automated Payment | Legal Copies - C. Kendrick #... | ($1.00) |
| + | 4388329 | 4/18/2008 9:13:12 AM | Sale | | $0.00 |
| + | 4399403 | 4/23/2008 3:30:20 AM | Automated Payment | Apr 22, 2008 | ($3.00) |
| + | 4407053 | 4/25/2008 3:30:19 AM | Automated Payment | Apr 24, 2008 | ($3.00) |
| + | 4407864 | 4/25/2008 9:22:45 AM | Sale | | $0.00 |
| + | 4408547 | 4/25/2008 12:49:13 PM | Automated Payment | Legal Copies - C Kendrick # ... | ($1.00) |
| ⊠ | 4408552 | 4/25/2008 12:52:08 PM | Automated Payment | Legal Postage - C Kendrick # ... | ($13.13) |
| + | 4423757 | 5/2/2008 3:30:22 AM | Automated Payment | May 01, 2008 | ($3.00) |
| + | 4424621 | 5/2/2008 9:30:19 AM | Sale | | $0.00 |
| + | 4435673 | 5/6/2008 2:13:20 PM | Automated Payment | Legal Postage | ($7.49) |
| + | 4435861 | 5/6/2008 2:42:31 PM | Automated Payment | Legal Copies | ($0.20) |
| + | 4435865 | 5/6/2008 2:42:59 PM | Automated Payment | Legal Copies | ($18.20) |
| + | 4435878 | 5/6/2008 2:44:25 PM | Automated Payment | Legal Copies | ($6.50) |
| + | 4445521 | 5/9/2008 3:30:21 AM | Automated Payment | May 08, 2008 | ($3.00) |
| + | 4446574 | 5/9/2008 9:49:25 AM | Sale | | $0.00 |
| + | 4457087 | 5/13/2008 1:46:47 PM | Automated Payment | Legal Copies | ($4.60) |
| + | 4457105 | 5/13/2008 1:49:27 PM | Automated Payment | Legal Copies | ($2.45) |
| + | 4457130 | 5/13/2008 1:51:15 PM | Automated Payment | Legal Postage | ($0.41) |
| + | 4457140 | 5/13/2008 1:52:07 PM | Automated Payment | Legal Copies | ($1.50) |
| + | 4457144 | 5/13/2008 1:52:19 PM | Automated Payment | Legal Postage | ($1.99) |
| + | 4457151 | 5/13/2008 1:52:52 PM | Automated Payment | Legal Postage | ($8.65) |
| + | 4458885 | 5/14/2008 3:30:22 AM | Automated Payment | May 13, 2008 | ($3.00) |
| + | 4468145 | 5/16/2008 9:26:57 AM | Sale | charged for pen rec. on 5/2/08 | $0.00 |
| + | 4479117 | 5/20/2008 2:07:11 PM | Reservation *DGMess* *PPtw* | 408CV00359 JLH/JFF | $0.00 |
| + | 4487051 | 5/22/2008 1:34:01 PM | Automated Payment | Legal Copies - C. Kendrick #... | ($7.20) |
| + | 4487067 | 5/22/2008 1:36:29 PM | Automated Payment | Legal Postage - C. Kendrick #... | ($0.35) |
| + | 4487072 | 5/22/2008 1:37:10 PM | Automated Payment | Legal Postage - C. Kendrick #... | ($11.60) |
| + | 4487087 | 5/22/2008 1:39:28 PM | Automated Payment | Legal Postage - C. Kendrick #... | ($0.18) |
| + | 4489620 | 5/23/2008 11:26:00 AM | Sale | charged for pen rec. on 5/16/08 | $0.00 |
| + | 4502293 | 5/29/2008 10:11:11 AM | Sale | | $0.00 |
| + | 4503370 | 5/29/2008 1:13:06 PM | Automated Payment | Legal Copies | ($0.30) |
| + | 4503398 | 5/29/2008 1:17:16 PM | Automated Payment | Legal Postage | ($13.59) |
| + | 4503426 | 5/29/2008 1:21:13 PM | Automated Payment | Personal Property Postage | ($5.70) |
| + | 4504773 | 5/30/2008 3:30:22 AM | Automated Payment | May 29, 2008 | ($3.00) |
| + | 4516500 | 6/4/2008 3:30:23 AM | Automated Payment | Jun 03, 2008 | ($3.00) |
| + | 4519752 | 6/4/2008 3:29:30 PM | Automated Payment | Legal Postage | ($0.34) |



38-SCOTT-42

Arkansas Department of Correction
Resident Activity
Resident ID 709204
From: 2/15/2008
To: 7/15/2008

| | | | | | |
|---|---|---|---|---|---|
| ⊡ | 4519851 | 6/4/2008 3:40:55 PM | Automated Payment | Legal Copies | ($3.40) |
| ⊡ | 4519856 | 6/4/2008 3:41:07 PM | Automated Payment | Legal Copies | ($8.70) |
| ⊡ | 4527475 | 6/6/2008 3:30:27 AM | Automated Payment | Jun 05, 2008 | ($3.00) |
| ⊡ | 4527844 | 6/6/2008 8:51:29 AM | Sale | charged for pen rec. on 5/23/08 | $0.00 |
| ⊡ | 4527904 | 6/6/2008 9:00:30 AM | Sale | | $0.00 |
| ⊡ | 4529062 | 6/6/2008 12:06:38 PM | Sale | | $0.00 |
| ⊡ | 4533436 | 6/9/2008 2:01:29 PM | Automated Payment | Legal Copies/C. Kendrick 70... | ($0.40) |
| ⊡ | 4533533 | 6/9/2008 2:15:33 PM | Automated Payment | Legal Postage/C. Kendrick 70... | ($2.02) |
| ⊡ | 4545127 | 6/11/2008 3:58:34 PM | Automated Payment | Legal Copies | ($1.30) |
| ⊡ | 4551169 | 6/13/2008 10:28:03 AM | Sale | | $0.00 |
| ⊡ | 4552395 | 6/13/2008 3:27:55 PM | Automated Payment | Legal Postage | ($5.95) |
| ⊡ | 4552396 | 6/13/2008 3:28:19 PM | Automated Payment | Legal Postage | ($0.17) |
| ⊡ | 4552408 | 6/13/2008 3:33:00 PM | Automated Payment | Legal Postage | ($10.86) |
| ⊡ | 4555632 | 6/16/2008 1:34:18 PM | Automated Payment | Legal Postage - C. Kendrick #... | ($8.91) |
| ⊡ | 4555636 | 6/16/2008 1:36:00 PM | Automated Payment | Personal Property Postage - C... | ($5.80) |
| ⊡ | 4561975 | 6/18/2008 3:30:23 AM | Automated Payment | Jun 17, 2008 | ($3.00) |
| ⊡ | 4570270 | 6/20/2008 9:44:44 AM | Sale | | $0.00 |
| ⊡ | 4571532 | 6/20/2008 3:36:33 PM | Automated Payment | Legal Copies - C. Kendrick #... | ($3.65) |
| ⊡ | 4571535 | 6/20/2008 3:37:24 PM | Automated Payment | Legal Copies - C. Kendrick #... | ($2.00) |
| ⊡ | 4571579 | 6/20/2008 3:44:50 PM | Automated Payment | Legal Postage | ($10.51) |
| ⊡ | 4587353 | 6/26/2008 2:37:33 PM | Automated Payment | Legal Postage | ($4.96) |
| ⊡ | 4587602 | 6/26/2008 3:11:50 PM | Sale | | $0.00 |
| ⊡ | 4588544 | 6/27/2008 3:30:21 AM | Automated Payment | Jun 26, 2008 | ($3.00) |
| Ending Balance | | | | | |
| ⊡ | | | | | ($615.44) |



07/15/2008

# McPherson Unit
## Resident Activity Statement

Resident Name:    Kendrick, Catherynne Whytfawn
Housing Location:  McPherson,P02,MADS.,,114B

Date Range:
06/29/2008   Through   07/16/2008

Resident ID: 708204

Beginning Account Balances:

Personal Balance   Non-Per Balance    Debt

| | Personal Balance | Non-Per Balance | Debt |
|---|---|---|---|
| FFF Initial Pmt | $0.00 | $0.00 | ($6.76) |
| FFF Remaining Bal | $0.00 | $0.00 | ($4,049.00) |
| ID Card Replacement | $0.00 | $0.00 | ($2.50) |
| Legal Copies | $0.00 | $0.00 | ($80.30) |
| Legal Postage | $0.00 | $0.00 | ($320.20) |
| Medical | $0.00 | $0.00 | ($185.51) |
| Personal Property Postage | $0.00 | $0.00 | ($53.39) |
| **Begin Totals** | **$0.00** | **$0.00** | **$0.00** |

Ending Account Balances:

| | Personal Balance | Non-Per Balance | Debt |
|---|---|---|---|
| FFF Initial Pmt *Exstate* | $0.00 | $0.00 | $0.00 |
| FFF Remaining Bal *unstated* | $0.00 | $0.00 | $0.00 |
| ID Card Replacement | $0.00 | $0.00 | $0.00 |
| Legal Copies | $0.00 | $0.00 | $0.00 |
| Legal Postage | $0.00 | $0.00 | $0.00 |
| Medical | $0.00 | $0.00 | $0.00 |
| Personal Property Po | $0.00 | $0.00 | $0.00 |
| **End Totals** | | | **($4,697.66)** |

| Date | Amount | Type | Comment | Personal Bal Change | Personal Acct Balance | Non-Personal Change | Non-Personal Acct Bal | Debt Bal Change | Debt Balance |
|---|---|---|---|---|---|---|---|---|---|
| 06/30/2008 | $0.00 | Intake | Automated Intake | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/30/2008 | $0.00 | Change Housing | Intake Housing Assignment *SEE HASPA.KIN* | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/30/2008 | ($5.76) | Resident Charge | Automated Web Ed. Beg. Balance | $0.00 | $0.00 | $0.00 | $0.00 | ($5.76) | ($5.76) |
| 06/30/2008 | ($2.50) | Resident Charge | Automated Web Ed. Beg. Balance | $0.00 | $0.00 | $0.00 | $0.00 | ($2.50) | ($8.26) |
| 06/30/2008 | ($1.00) | Resident Charge | Automated Web Ed. Beg. Balance | $0.00 | $0.00 | $0.00 | $0.00 | ($1.00) | ($9.26) |
| 06/30/2008 | ($179.51) | Resident Charge | Automated Web Ed. Beg. Balance | $0.00 | $0.00 | $0.00 | $0.00 | ($179.51) | ($188.77) |
| 06/30/2008 | ($299.58) | Resident Charge | Automated Web Ed. Beg. Balance | $0.00 | $0.00 | $0.00 | $0.00 | ($299.58) | ($488.35) |
| 06/30/2008 | ($73.70) | Resident Charge | Automated Web Ed. Beg. Balance | $0.00 | $0.00 | $0.00 | $0.00 | ($73.70) | ($562.05) |
| 06/30/2008 | ($53.39) | Resident Charge | Automated Web Ed. Beg. Balance | $0.00 | $0.00 | $0.00 | $0.00 | ($53.39) | ($615.44) |
| 06/30/2008 | ($240.76) | Resident Charge | Automated Web Ed. Beg. Balance | $0.00 | $0.00 | $0.00 | $0.00 | ($240.76) | ($856.20) |
| 06/30/2008 | ($344.24) | Resident Charge | Automated Web Ed. Beg. Balance | $0.00 | $0.00 | $0.00 | $0.00 | ($344.24) | ($1,200.44) |

*INQUESTION*

Page:  1/2       708204          Kendrick, Catherynne Whytfawn                McPherson          07/15/2008

50/5

| Date | Amount / Type | Description | | | | Balance |
|---|---|---|---|---|---|---|
| 06/30/2008 | ($350.00) Resident Charge | Automated Web Ed. Beg. Balance *07-06-5798* | $0.00 | $0.00 | $0.00 | ($350.00) ($1,550.44) |
| 06/30/2008 | ($350.00) Resident Charge | Automated Web Ed. Beg. Balance *07-06-57%* | $0.00 | $0.00 | $0.00 | ($350.00) ($1,900.44) |
| 06/30/2008 | ($350.00) Resident Charge | Automated Web Ed. Beg. Balance *07 CU 09%* | $0.00 | $0.00 | $0.00 | ($350.00) ($2,250.44) |
| 06/30/2008 | ($455.00) Resident Charge | Automated Web Ed. Beg. Balance *07-57/97* | $0.00 | $0.00 | $0.00 | ($455.00) ($2,705.44) |
| 06/30/2008 | ($455.00) Resident Charge | Automated Web Ed. Beg. Balance *APPEAL 071289* | $0.00 | $0.00 | $0.00 | ($455.00) ($3,160.44) |
| 06/30/2008 | ($455.00) Resident Charge | Automated Web Ed. Beg. Balance *APPEAR 07-13-58* | $0.00 | $0.00 | $0.00 | ($455.00) ($3,615.44) |
| 06/30/2008 | ($350.00) Resident Charge | Automated Web Ed. Beg. Balance *APPEAR 07-13-59* | $0.00 | $0.00 | $0.00 | ($350.00) ($3,965.44) |
| 06/30/2008 | ($349.00) Resident Charge | Automated Web Ed. Beg. Balance *07 CU 25* | $0.00 | $0.00 | $0.00 | ($349.00) ($4,314.44) |
| 06/30/2008 | ($350.00) Resident Charge | Automated Web Ed. Beg. Balance *08 CU 2C* | $0.00 | $0.00 | $0.00 | ($350.00) ($4,664.44) |
| 07/02/2008 | ($350.00) Resident Charge | Automated Web Ed. Beg. Balance *05 CU 22 Moot* | $0.00 | $0.00 | $0.00 | ($350.00) ($4,664.44) |
| 07/02/2008 | ($3.00) Resident Charge | Jul 01, 2008 | $0.00 | $0.00 | $0.00 | ($3.00) ($4,667.44) |
| 07/03/2008 | ($0.53) Sale | Indigent Sale | $0.00 | $0.00 | $0.00 | $0.00 ($4,667.44) |
| 07/08/2008 | ($0.59) Resident Charge | Legal Postage | $0.00 | $0.00 | $0.00 | ($0.59) ($4,668.03) |
| 07/08/2008 | ($0.20) Resident Charge | Legal Copies | $0.00 | $0.00 | $0.00 | ($0.20) ($4,668.23) |
| 07/08/2008 | ($3.00) Resident Charge | Jul 10, 2008 | $0.00 | $0.00 | $0.00 | ($3.00) ($4,671.23) |
| 07/11/2008 | ($0.52) Sale | Indigent Sale | $0.00 | $0.00 | $0.00 | $0.00 ($4,671.23) |
| 07/11/2008 | ($0.30) Resident Charge | Legal Copies | $0.00 | $0.00 | $0.00 | ($0.30) ($4,671.53) |
| 07/11/2008 | ($3.00) Resident Charge | Legal Copies | $0.00 | $0.00 | $0.00 | ($3.00) ($4,674.53) |
| 07/11/2008 | ($3.10) Resident Charge | Legal Copies | $0.00 | $0.00 | $0.00 | ($3.10) ($4,677.63) |
| 07/11/2008 | ($8.69) Sale | Indigent Sale | $0.00 | $0.00 | $0.00 | $0.00 ($4,677.63) |
| 07/11/2008 | ($8.74) Resident Charge | Legal Postage - C. Kendrick #708204 | $0.00 | $0.00 | $0.00 | ($8.74) ($4,686.37) |
| 07/11/2008 | ($3.87) Resident Charge | Legal Postage - C. Kendrick #708204 | $0.00 | $0.00 | $0.00 | ($3.87) ($4,690.24) |
| 07/11/2008 | ($7.25) Resident Charge | Legal Postage - C. Kendrick #708204 | $0.00 | $0.00 | $0.00 | ($7.25) ($4,697.49) |
| 07/11/2008 | ($0.17) Resident Charge | Legal Postage - C. Kendrick #708204 | $0.00 | $0.00 | $0.00 | ($0.17) ($4,697.66) |

42 SCOTT-42

Case # 5.'08 writ Pending

C/o Judge James R. Marchenski
U S magistrate court
western district court clerk place
P.O. Box 1547
FT. Smith, ARK. 92902-1547

enclose Document
1- writ w/ all evidence

*court*
*P.O. Box 1547*
*FT SMITH AR*

Multiple claims: if a complaint asserts multiple claims which involve different subject matter divisions of the circuit court, the cover sheet for that division which is most definitive of the nature of the case should be selected and completed.

## COVER SHEET
## STATE OF ARKANSAS
## CIRCUIT COURT: CIVIL

The civil reporting form and the information contained herein shall not be admissible as evidence in any court proceeding or replace or supplement the filing and service of pleadings, orders, or other papers as required by law or Supreme Court Rule. This form is required pursuant to Administrative Order Number 8. Instructions are located on the back of the form.

**FILING INFORMATION**

County: _Sebastian_   District: _Western_   Docket Number: CV _____

Judge: _James R. Marchewski_ / Division: _Magistrate_  Filing Date: _July_ _2008_

Plaintiff: _Kendrick, Citthayanne_   Defendant: _Michael K. Scott Fed. Prison_

Attorney Providing Information: _____   _35 E Mountain St ste 319, 3a fl_
□ Plaintiff   □ Defendant   □ Intervenor   Address

Litigant, if Pro Se: _Citthayanne u/Kendrick 302 Corrections Dr, New Port Ark_
Address
Related Case(s): Judge _Judge H.L. Hendron_   Case Number(s) _5:04: -001_
Type of Case:   _5:02-500009 -001_

**Torts**
- □ (NM) Negligence: Motor Vehicle
- ⊠ (NO) Negligence: Other
- ⊠ (BF) Bad Faith
- □ (FR) Fraud
- □ (MP) Malpractice
- □ (PL) Product Liability
- ⊠ (OD) Other _234_

**Contracts**
- □ (IS) Insurance
- □ (DO) Debt: Open Account
- □ (PN) Debt: Promissory Note
- □ (EM) Employment
- ⊠ (OC) Other _234_

**Equity**
- □ (FC) Foreclosure
- □ (QT) Quiet Title
- □ (IJ) Injunction
- □ (PT) Partition
- ⊠ (OT) Other _234_
  _Access Detainer_
  _p/_

**Miscellaneous**
- □ (CD) Condemnation
- □ (RE) Replevin
- □ (DJ) Declaratory Judgment
- ⊠ (UD) Unlawful Detainer
- □ (IN) Incorporation
- □ (EL) Election
- □ (FJ) Foreign Judgment
- ⊠ (WT) Writs _234_
- □ (AA) Administrative Appeal
- □ (CF) Property Forfeiture
- □ (RD) Remove Disabilities
- □ (NC) Name Change
- ⊠ (OM) Other _Detain Member DC_

Jury Trial Requested: □ Yes ⊠ No   Manner of Filing: ⊠ Original □ Re-open □ Transfer
□ Return from Federal/Bankruptcy Court

**DISPOSITION INFORMATION**

Disposition Date: ____   □ Bench Trial   □ Non-Trial   □ Jury Trial

**Judgment Type:**
- □ (DJ) Default Judgment
- □ (SJ) Summary Judgment
- □ (CJ) Consent Judgment
- □ (TJ) Trial Judgment
- □ (OJ) Other Judgment
- □ (PG) Petition Granted
- □ (PD) Petition Denied
- □ (DF) Decree of Foreclosure

**Dismissal Type:**
- □ (DW) Dismissed with Prejudice
- □ (DN) Dismissed without Prejudice

**Other:**
- □ (TR) Transferred to Another Jurisdiction
- □ (RB) Removed to Bankruptcy Court
- □ (RF) Removed to Federal Court
- □ (AR) Arbitration

**Judgment For:**
□ Plaintiff   □ Defendant   □ Both   Judgment Amount: $ _____

Clerk's Signature ____   Date ____

AOC 23  10-01
625 Marshall Street
Little Rock, AR 72201

Send 1 paper or electronic copy to AOC upon filing.
Send 1 paper or electronic copy to AOC upon disposition.
Keep original in court file.

Effective 1-1-2002

*At Scott-#2*

United States District Court
Western District of Arkansas
Fayetteville Division

The Clerk's Office has provided me with  a copy of the Judicial Conference's Privacy Policy as
outlined in the **Notice of Electronic Availability of Case File Information**.

_____
Signature

_____
Printed Name

_____
Date

_____
Case Number

A/2 - SCOTT 2

Case 5:02-cr-50009-JLH-JRM   Document 48   Filed 04/21/2008   Page 1 of 2
Case 5:08-cv-05174-JLH   Document 1   *restricted*   Filed 08/01/08   Page 49 of 59
PageID #: 49

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### U.S. Probation / Pretrial Services

**Myron L. Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
35 East Mountain
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

April 10, 2008

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschmidt Federal Building
35 East Mountain Street, Suite 559
Fayetteville, Arkansas  72701

RE:    **KENDRICK, Catherynne Whtyefawn**
        **Dkt. No. 5:02CR50009-001**
        <u>**Request for Warrant Recall and Dismissal of**</u>
        <u>**Revocation Petition**</u>

Dear Judge Hendren,

As you may recall, Catherynne Whtyefawn Kendrick was sentenced on November 14, 2002, to 10 months of imprisonment and 3 years supervised release for Threat by Interstate Communications. The offender's term of supervised release commenced on March 19, 2003. The original term of supervision was scheduled to terminate on March 18, 2006.

On March 29, 2004, Ms. Kendrick appeared in Benton County Circuit Court, Bentonville, Arkansas, before the Honorable Tom J. Keith, on the State's Petition to Revoke Kendrick's probation, previously ordered on March 18, 2003 pursuant to her guilty plea to the charge of Violation of the Arkansas Hot Check Law. The Court found that Kendrick violated her conditions of probation and subsequently sentenced her to confinement with the Arkansas Department of Correction for ten (10) years. On May 7, 2004, Kendrick pled guilty to Violation of Arkansas Hot Check Law in Washington County, Arkansas Circuit Court. She was sentenced to four (4) years of state supervised probation, concurrent with her Benton County, Arkansas case. On June 4, 2004, the sentence in Washington County was amended to three (3) years imprisonment. On June 23, 2004, our office requested a warrant for the offender's arrest based on violations of her conditions of supervised released. On July 2, 2004, an arrest warrant was issued and remains active.

Catherynne Kendrick remains incarcerated in the Arkansas Department of Correction. According to state officials, she has not been paroled due to disciplinary sanctions and will not be eligible for parole in the near future. The current state sentence will terminate on December 24, 2013. In addition, Barry County, Missouri, has lodged a detainer against Ms. Kendrick for hot check violations.

Case 5:02-cr-50009-JLH-JRM   Document 48   Filed 04/21/2008   Page 2 of 2
Case 5:08-cv-05174-JLH   Document 1   *restricted*   Filed 08/08/08   Page 50 of 59
PageID #: 50

Page 2
Kendrick, Catherynne Whtyefawn
Status Report – April 10, 2008

The apparent violations of supervised release would place Ms. Kendrick in a guideline imprisonment range of 8 to 14 months. A term of supervised release could be reimposed for 36 months, less the term of imprisonment imposed, should the Court revoke supervised release.

It is our recommendation that the arrest warrant be recalled and the revocation petition be dismissed, allowing this case to close. Ms. Kendrick will be monitored by the state of Arkansas until December 24, 2013. She also has a pending felony charge in Barry County, Missouri. Furthermore, AUSA Chris Plumlee has advised the government has no objection to our request. If further information is needed or if the Court prefers to handle this matter differently, please advise.

Respectfully,

Michael K. Scott
U.S. Probation Officer

Reviewed by

William E. Dunn, Jr.
Supervising U.S. Probation Officer

✓ Pursue Course of Action

___ Other _____

_____

Honorable Jimm Larry Hendren    4/21/08
Chief U.S. District Judge        Date

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 2 1 2008

CHRIS R. JOHNSON, CLERK
BY_____
DEPUTY CLERK

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

WESTERN District of _____ ARKANSAS

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

CATHERYNNE WHTYEFAWN KENDRICK

Case Number: 02-50009-001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   CATHERYNNE WHTYEFAWN KENDRICK

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)
SEE ATTACHED PETITION

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 13 2008

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

in violation of Title _____ United States Code, Section(s) _____

JIMM LARRY HENDREN

Name of Issuing Officer

_Dale Darner_

Signature of Issuing Officer

CHIEF U.S. DISTRICT JUDGE

Title of Issuing Officer

7/1/2004          FAYETTEVILLE, AR

Date          Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

Warrant closed based on Recall Dismissal received 4.25.08

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7.6.04 | | |
| DATE OF ARREST | | |
| 5.7.08 | Susan Jones, Dus— | |

**Arkansas Department of Correction**

Institution _McPherson_

Date _7-29-08_

## DETAINER ACTION LETTER

TO: _U.S. Marshals_
_30 South 6th Street Rm 243_
_Fort Smith, AR 72901_

Inmate's Name _Catheryne Kendrick_  Number _708204_

Your _Docket #_
_02-50009-001_

Dear Sir:

The below checked paragraph relates to the above named inmate:

☐ This office is in receipt of the following report regarding the above named: _____
_____. Will you please investigate this report and advise what disposition, if any, has been made of the case. If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us along with a cover letter stating your desire to have it lodged as a detainer, or indicate you have no further interest in subject.

☐ A detainer has been filed against this subject in your favor charging _____.
Release is tentatively scheduled for _____ , however we will again notify you approximately 60 days prior to actual release.

☒ Enclosed is your detainer warrant. Your detainer against the above named has been removed in compliance with your request.

☐ Your letter dated _____ requests notification prior to the release of the above named prisoner. Our records have been noted. Tentative release date at this time is _____ .

☐ I am returning your _____ on the above named inmate who was committed to this institution on _____ to serve _____ for the offense of _____ . If you wish your _____ filed as a detainer, please return it to us with a cover letter stating your desire to have it placed as a hold or indicate you have no further interest in the subject.

☐ The above named inmate has been transferred to _____ . Your detainer/notification request has been forwarded.

☐ Other:

Sincerely,

_Mary B Soden_
Records Supervisor

Original White—Addressee

First Copy (Pink)—Inmate File

Second Copy (Yellow)—Inmate

Third Copy (Blue)—Attached to detainer upon transfer.

C-1023



ADC/McPherson
302 Corrections Drive
Newport, AR 72112

July 29, 2008

United States Marshals Service
Western District Of Arkansas
30 South 6th St. Rm. 243
Fort Smith, AR 72901

RE: Catherynne Kendrick #708204
Case #5:02CR50009-001

Dear Sir:

The Detainer that you placed on Catherynne Kendrick #708204 has been removed from her institutional and computer file. A copy of the "Detainer Action Letter" has been sent to the inmate stating the Detainer has been removed.

Sincerely,

Mary Beth Soden
Records Supervisor



ARKANSAS DEPARTMENT OF CORRECTION

**Inmate Population Information Search**

### Information Current as of 07/29/2008

< Back to Search Results

If you would like to make a deposit through the Inmate Banking Service, click the **Send $** Button
If you would like to be notified of any changes to this offender's custody status, please click **here**



| | |
|---|---|
| ADC Number: | 708204 |
| Name: | Kendrick, Catherynne W |
| Race: | CAUCASIAN |
| Sex: | FEMALE |
| Hair Color: | RED |
| Eye Color: | GREEN |
| Height: | 74 inches |
| Weight: | 180 lbs. |
| Birth Date: | 06/10/1964 |
| Initial Receipt Date: | 04/06/2004 |
| Current Facility: | McPherson Unit |
| PE / TE Date*: | 04/05/2007 |
| Total time*: | 10 yrs. |

* may be affected by other laws and regulations

| Aliases | Scars, Marks, & Tattoos: |
|---|---|
| Cathey Whytefawn Kendrick | **Description** |
| Theresa Claire Navarette | horizontal scar above pubic area |
| C Navarrette | |
| C Pryor | |
| Theresa Catherynne Stager | |
| Theresa C Stago | |
| Catherynne Whytfawn Kendrick | |

### Current Prison Sentence History

| Offense | Sentence Date | County | Case # | Sentence Length |
|---|---|---|---|---|
| Hot Check Violation - Probation Revocation | 03/29/2004 | BENTON | 2002-480 | 120 mo. |
| Hot Check Violation | 06/04/2004 | WASHINGTON | 2003-1723 | 36 mo. |

### Prior Prison Sentence History
Note: Data reflected covers periods of incarceration since ---

| Offense | Sentence Date | County | Case # | Com. Sup. Length |
|---|---|---|---|---|

### Detainers
Note: Further information may be obtained by contacting the detaining agency.

| Detainer Date | Detainer Agency | Charge | Type | Date Cancelled |
|---|---|---|---|---|
| 07/19/2004 | U. S. Marshall Servi | Probation Violation | DUSM | |
| 10/29/2007 | Barry County Sheriff | Time: 09:15:57 AM Warr | NTFY | |

< Back to Search Results

**Report a Problem**

Note: The offense descriptions are truncated and do not necessarily reflect the crime of conviction.
Please refer to court documents or the Arkansas Statutes for further information or definition.

---

| How to Search this Site | About ADC Information | Back to Inmate Search | ADC Website |

© 1999-2005 Arkansas Department of Correction.  All Rights Reserved.

# United States Court of Appeals
### FOR THE EIGHTH CIRCUIT

No. 05-1179



U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

**JAN 0 4 2006**

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK

02-50009

United States of America,

    Appellee,

v.

Catherynne Kendrick,

    Appellant.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Western District of Arkansas
\*
\*  [UNPUBLISHED]
\*

Submitted: October 26, 2005
Filed:  November 4, 2005

Before BYE, McMILLIAN, and RILEY, Circuit Judges.

PER CURIAM.

Catherynne Kendrick appeals from the final judgment entered in the District Court[1] for the Western District of Arkansas dismissing her 28 U.S.C. § 2241 petition as premature.  In July 2002 Kendrick pleaded guilty to one count of threat by interstate communications, and the district court sentenced her to 10 months in prison and 3 years supervised release.  In June 2004 Kendrick's probation officer petitioned

---

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.

the court to issue a warrant for Kendrick's arrest, alleging that Kendrick had violated her supervision conditions. Kendrick filed a petition under § 2241, contesting the allegations in the warrant petition. The district court dismissed the § 2241 petition as premature, as the district court had not yet considered whether to revoke Kendrick's supervised release.

We agree with the district court that Kendrick's petition is premature, as the court has not yet revoked her supervised release or even scheduled a revocation hearing. If the district court does revoke Kendrick's supervised release in the future, she may file a direct appeal challenging the revocation at that time. See, e.g., United States v. Nace, 418 F.3d 945, 946 (8th Cir. 2005). Accordingly, we affirm. See 8th Cir. R. 47B.

---

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY:

-2-



# A facsimile from

## ADC/McPherson Unit
Mary B. Soden
Records
(870)512-2279
Fax (870)523-8229

To:  Leisa
Fax number: 479-782-4204

Date: 7/29/2008     Pages: 1 3

Regarding: I/M Catherynne Kendrick #708204

Comments:
Detainer, Warrant #5:02CR50009-001.
The only copy we had in her file was the copy the inmate sent us asking if it had been removed yet.  I'm sorry it did not make it to the Records Dept. to be removed.

KENDRA
2xx Registrar
New Port, AR 72112

MCPHERSON CORREC
TIONAL FACILITY

044J6301B169
$2.19⁰
neopost
07/26/2008
Mailed From 72112
US POSTAGE

Attn: July JR MALCHOWSKI,
US REGISTER COURT
WESTERN DISTRICT ROUTE AVE
PO BOX 1547
FT SMITH ARKANSAS 902 1547

REGISTRAR LAW LIBRARY
JUL 2008
...ON