IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CARHERYNNE W. KENDRICK                                    PETITIONER

v.                     CIVIL NO. 08-5194
                       CRIMINAL NO. 5:02-CR-50009-JLH

MICHAEL K. SCOTT, and
JOHN MAPLES                                               RESPONDENTS

## ORDER

Petitioner, a prisoner of the Arkansas Department of Correction, McPherson Unit, 302 Corrections Drive, Newport, Arkansas, has submitted a petition for writ of habeas corpus under 28 U.S.C. section 2254 for filing in this district, together with a request for leave to proceed in forma pauperis. Since it appears she is unable to pay the cost for commencement of suit, the following order is entered this 21st day of August 2008:

IT IS HEREBY ORDERED that petitioner's motion for leave to proceed in forma pauperis is granted and the clerk is directed to file the petition nunc pro tunc as of the day the petition was mailed from the Arkansas Department of Corrections. The matter of service will be determined at a later date.

IT IS SO ORDERED this 21st day of August 2008.

/s/ James R. Marschewski
James R. Marschewski
United States Magistrate Judge

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 2 6 2008

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK