**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**CATHERYNNE W. KENDRICK**                                          **PLAINTIFF/RESPONDENT**

**v.**                                    **Civil No. 08-5174**

**MICHAEL K. SCOTT
JOHN P. MAPLES**                                                    **DEFENDANT/PETITIONER**

**O R D E R**

Now on this 8th day of October, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #3, filed September 15, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Petitioner's claim, filed under 28 U.S.C. § 2241 is hereby **dismissed.**

**IT IS SO ORDERED.**

                                              **/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**