IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CATHERYNNE W. KENDRICK                                    PETITIONER

v.                          No. 08-5174

MICHAEL K. SCOTT, et al.                                  RESPONDENTS

## ORDER

On October 8, 2008, the Court entered an order (Doc. 4) adopting the Report and Recommendation (Doc. 3) filed in this case on September 15, 2008, and dismissed the petitioner's 28 U.S.C. § 2241 petition.

On October 15, 2008, the petitioner filed a **Motion for Reconsideration (Doc. 6)**, requesting the Court to consider her **Objections** to the Report and Recommendation **(Doc. 5)**. Upon due consideration, the petitioner's **Motion (Doc. 6) is GRANTED** and the Court will consider the petitioner's objections as timely filed.

The Court has reviewed the petitioner's objections and has considered this case *de novo.* The Court finds that the petitioner's objections offer neither law nor fact requiring departure from the Report and Recommendation. Accordingly, the Court reaffirms its prior ruling adopting the Report and Recommendation and dismissing the petitioner's § 2241 petition.

IT IS SO ORDERED this 21st day of October, 2008.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE